**Mary S. THUILLARD, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 08–36013.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 22, 2010.

Mary Susan Thuillard, Avilla, IN, pro se.

Andrew Sean Biviano, Esquire, Assistant U.S., Office of the U.S. Attorney, Spokane, WA, for Defendant–Appellee.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Mary S. Thuillard appeals pro se from the district court's summary judgment in her action alleging malicious prosecution under the Federal Tort Claims Act ("FTCA"). We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Lassiter v. City of Bremerton,* 556 F.3d 1049, 1053 (9th Cir.2009), and we affirm.

The district court properly granted summary judgment on the malicious prosecution claim because Thuillard failed to raise a triable issue as to whether the prosecution was instituted or continued without

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

probable cause or with malice. *See Conrad v. United States,* 447 F.3d 760, 767 (9th Cir.2006) ("In assessing the United States' liability under the FTCA, we are required to apply the law of the state in which the alleged tort occurred."); *Lassiter,* 556 F.3d at 1054 (listing elements of a malicious prosecution claim under Washington law).

We do not consider the merits of Thuillard's motions to compel discovery because the district court denied the motions without prejudice for failure to comply with procedural requirements, *see* Fed.R.Civ.P. 37(a)(1); E.D. Wash. L.R. 7.1(b), 37.1(b), and Thuillard did not renew the motions.

Thuillard's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.